**2001–1678. Luckenbill v. Midwestern Indemn. Co.**

Darke App. No. 01CA1536. This cause is pending before the court on the certification of conflict by the Court of Appeals for Darke County. Upon consideration of the motion of amicus curiae, Ohio Academy of Trial Lawyers, for leave to participate in oral argument scheduled for June 4, 2002,

IT IS ORDERED by the court that the motion of amicus curiae, Ohio Academy of Trial Lawyers, to participate in oral argument be, and hereby is, granted, and amicus curiae shall share the time allotted to appellants.

**2001–2072. State v. Adams.**

Trumbull C.P. No. 00CR700. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to July 12, 2002. No further extensions will be granted.

**2002–0138. State ex rel. Dayton–Walther Corp. v. Indus. Comm.**

Franklin App. No. 01AP–179. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before August 1, 2002.